306

parts thereof in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.

**No. 58236.**—Alltransport, Inc., and Asam Mfg. Co. et al. v. United States, protests 186578–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of speedometers and parts thereof similar in all material respects to the merchandise the subject of *Industrial Operations, Inc.* v. *United States* (30 Cust. Ct. 82, C. D. 1500), except that the speedometers and parts thereof in the cited case were designed and intended for use as parts of motorcycles whereas those at bar are intended for use as parts of automobiles, the claim of the plaintiffs was sustained.

**No. 58237.**—Alfred Hornung v. United States, protests 169031–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pedometers of a type known as step counters similar in all material respects to those passed upon in *Alfred Hornung* v. *United States* (31 Cust. Ct. 126, C. D. 1558), the claim of the plaintiff was sustained.

**No. 58238.**—Malhame & Co. v. United States, protests 203315–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the sheets or printed pages of books bound wholly or in part in leather the subject of *United States* v. *John Wanamaker* (20 C. C. P. A. 381, T. D. 46185), the claim of the plaintiff was sustained.

**No. 58239.**—C. J. Tower & Sons v. United States, protest 171559–K (Buffalo).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58240.**—C. J. Tower & Sons *v.* United States, protest 181763–K (Buffalo).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58241.**—A. N. Deringer, Inc. *v.* United States, protest 186671–K (St. Albans).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58242.**—Aco Products Co. et al. *v.* United States, protests 208514–K, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575). Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra.*

**No. 58243.**—Melville Boyd, Trustee for Arthur Doniger Paper Co., Inc. *v.* United States, protests 212613–K and 218554–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474). Upon the agreed statement of